Case 1:26-cv-02392-JRC    Document 1-1    Filed 04/22/26    Page 1 of 3 PageID #: 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

– – – – – – – – – – – – – – – – – – – – – – – –X

JERIANN JALOZA,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, the CITY OF NEW YORK,
DAVE CHOKSHI, in his individual capacity,
ERIC ADAMS, in his individual capacity,
BILL DE BLASIO, in his individual capacity,
And ERIC EICHENHOLTZ, in his individual
capacity.

                Defendants.

– – – – – – – – – – – – – – – – – – – – – – – –X

**SUMMONS WITH NOTICE**

Index No.:

**TO THE ABOVE-NAMED DEFENDANTS:**

      **You are hereby SUMMONED** to appear in the Supreme Court of the State of New York, County of Queens, by serving a Notice of Appearance, or a copy of an Answer, on the Plaintiff's Attorney within twenty days after the service of this Summons, exclusive of the day of service (or within thirty days after the service is complete if this Summons is not personally delivered to you within the State of New York). In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the notice set forth below.

Case 1:26-cv-02392-JRC    Document 1-1    Filed 04/22/26    Page 2 of 3 PageID #: 6

The basis of the venue designated is: The Plaintiff resides in this County and/or a substantial part of the events giving rise to this claim occurred in this County.

Dated:  December 8, 2025,
        Ithaca, New York

Gibson Law Firm, PLLC

*/s/ Sujata S. Gibson*
Sujata Sidhu Gibson
120 E Buffalo St., Suite 2
Ithaca, New York 14850
Tel: (607) 327-4125
Attorney Bar No. 4585824

## NOTICE

### Nature of Action and Relief Sought (CPLR § 305(b))

The object of this action is to recover monetary damages and declaratory/injunctive relief for violations of the Constitution of the United States, specifically the First Amendment (Free Exercise Clause and Establishment Clause) and the Fourteenth Amendment (Equal Protection Clause). These violations stem from the Defendants' actions, policies, and practices related to the COVID-19 vaccine mandate and the denial of reasonable religious accommodation requests.

The relief sought is as follows:

1. A Declaratory Judgment stating that the Defendants' policies and practices violated the Plaintiff's rights under the United States Constitution.

2. A Permanent Injunction directing the Defendants to reinstate the Plaintiff to her former position with full seniority and benefits, or to provide an appropriate reasonable accommodation.

3. To recover Compensatory Damages for the injuries and losses sustained by the Plaintiff.

Case 1:26-cv-02392-JRC    Document 1-1    Filed 04/22/26    Page 3 of 3 PageID #: 7

4.  To recover Punitive Damages against the appropriate Defendants.

5.  To recover the costs and disbursements of this action, including reasonable attorneys' fees pursuant to 42 U.S.C. § 1988.

6.  Such other and further relief as the Court deems just and proper.

If this Summons is served without a Complaint, the Defendant is required to serve a written demand for the Complaint within 30 days after service of the Summons (CPLR § 3012).