

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Craig Mungavin**
Assistant Corporation Counsel
(212) 356-2420
cmungavi@law.nyc.gov

May 7, 2026

**<u>Via ECF</u>**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re:     <u>Jaloza v. New York City Department of Education, et al.</u>,
           No. 26-CV-2392 (JRC)

Dear Judge Cho:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education ("DOE"), the City of New York ("City"), Dave Chokshi ("Chokshi"), and Eric Eichenholtz ("Eichenholtz") in the above-referenced matter. The parties jointly submit this Status Report pursuant to the Court's Order dated May 1, 2026.

On December 8, 2025, Plaintiff filed a Summons with Notice in New York State Supreme Court, Queens County, Index No. 736683/2025. On April 6, 2026, Defendants DOE, City, and Eichenholtz received a Summons with Notice ("Plaintiff's Summons with Notice") by electronic service on the Office of the Corporation Counsel, naming the DOE, City, Chokshi, Eric Adams ("Adams"), Bill de Blasio ("de Blasio"), and Eichenholtz as Defendants therein, and setting forth the nature of the action and relief sought upon which the action is based.

On April 22, 2026, Defendants DOE, City, Chokshi, and Eichenholtz removed this case to the US District Court, Eastern District of New York as it is apparent on the face of Plaintiff's Summons with Notice for the above-captioned action that Plaintiff alleges claims which arise under the laws of the United States.

Since Defendants' removal to the Eastern District of New York, there has been no action on behalf of either party as of the filing of this Status Report. Plaintiff anticipates filing a Complaint on or before May 15, 2026. Defendants will review the Complaint and, should they need additional time to respond beyond the provisions of the Federal Rules of Civil Procedure, they will move for an extension of time to respond pursuant to this Court's Individual Practices.

Plaintiff further notes that this matter is related to *Hogan v. City of New York*, et al., and related matters currently pending before Judge Reyes. See *Hogan v. City of New York*, No. 23-cv-8727 (RER)(CHK); *Collins v. City of New York*, No. 23-cv-9248 (RER)(CHK); and *Clarke v. City*

*of New York*, No. 25-cv-0536. Plaintiff intends to file a motion to mark the case related concurrent with the filing of the complaint.

Respectfully submitted,

**[ECF]**          **/S/**

Craig A. Mungavin
Assistant Corporation Counsel

To:    Sujata Sidhu Gibson (via ECF)
       Attorney for Plaintiff
       120 E Buffalo St., Suite 2
       Ithaca, New York 14850
       (607) 327-4125
       sujata@gibsonfirm.law